NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TELESIGN CORPORATION,**
*Plaintiff-Appellant*

**v.**

**TWILIO, INC.,**
*Defendant-Appellee*

_____

2019-1312

_____

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03279-VC, Judge Vince Chhabria.

_____

## JUDGMENT

_____

JESSE J. CAMACHO, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for plaintiff-appellant. Also represented by RYAN DYKAL, CHRISTINE A. GUASTELLO; GARY MICHAEL MILLER, Chicago, IL.

WAYNE O. STACY, Baker Botts LLP, San Francisco, CA, argued for defendant-appellee. Also represented by SARAH J. GUSKE; LAUREN J. DREYER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2020 | /s/ Peter R. Marksteiner
Date | Peter R. Marksteiner
 | Clerk of Court